UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEJUAN OF THE FAMILY MUCHITA,<br><br>                            Plaintiff,<br><br>        -against-<br><br>EILEEN STACK THROUGH IV-D AGENCY,<br><br>                            Defendant. | Case No. 1:25-cv-00285 (VSB)<br><br>**AFFIRMATION OF SERVICE** |

I, Ihaab Syed, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, attorney for defendant Eileen M. Stack ("Defendant"), in her official capacity as Deputy Commissioner of Child Support Services for the New York State Office of Temporary and Disability Assistance, sued herein as "Eileen Stack through IV-D Agency."

2.      Pursuant to Local Civil Rule 7.2 of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and Rule 2(4)(C) of the Individual Rules & Practices in Civil Cases of Vernon S. Broderick, United States District Judge, on the 12th day of May 2025, I caused to be served copies of the unpublished/unreported cases cited in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, by email upon the following named person:

    Kejuan Muchita
    Pro Se Plaintiff
    nylatho@gmail.com

Dated:        May 12, 2025
                  New York, New York

LETITIA JAMES
Attorney General
State of New York
<u>Attorney for Defendant</u>

By: <u>/s/ Ihaab Syed</u>
Ihaab Syed
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8210
Ihaab.Syed@ag.ny.gov