**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Kejuan of the Family Muchita,

                    Plaintiff,

        -against-

Eileen Stack,

                    Defendant.

**1:25-cv-00285 (VSB) (SDA)**

**<u>ORDER</u>**

**STEWART D. AARON, United States Magistrate Judge:**

The Court held a status conference today to address Plaintiff's possible pattern of vexatious and frivolous litigation raised in the Court's Report and Recommendation ("R&R"). (*See* 1/23/26 R&R, ECF No. 27, at 14-18; *see also* 3/31/26 Op. & Order, ECF No. 28, at 2-3.) Plaintiff did not appear for the conference, in violation of the Court's April 6, 2026 Order. (*See* 4/6/26 Order, ECF No. 30.) During today's conference, defense counsel on behalf of the New York State Office of the Attorney General advised that, in addition to cases pending in federal court, she was aware of cases similar to this one that were filed in state court.

The Clerk of Court is respectfully requested, if appropriate, to notify the Clerks of Court of the other federal judicial districts of the pattern of abusive and vexatious litigation that is set forth in the Court's R&R[1] in order to avoid or minimize the waste of judicial resources in federal court that is caused by such litigation.

---

[1] As set forth in the R&R:

> [T]he Court has located numerous cases filed in this district, and in federal courts around the country, that are strikingly similar in their allegations, claims and style. The plaintiffs in these cases, who almost always identify themselves as "[first name] of the family [last name]" primarily assert claims pursuant to 42 U.S.C. § 1983 based upon designation as a non-custodial parent, in purported violation of their rights under the First, Fourth, Fifth,

In addition, it is hereby ORDERED that, since much of the subject litigation is filed against State agencies, defense counsel shall file a letter, no later than May 21, 2026, regarding the feasibility and advisability of contacting the National Association of Attorneys General, or a similar organization, to advise them of the pattern of abusive and vexatious litigation referred to herein so that they may take steps to seek to avoid or minimize the waste of judicial resources in state court that is caused by such litigation.

**SO ORDERED.**

Dated:    New York, New York
          April 30, 2026

_____
STEWART D. AARON
United States Magistrate Judge

---

Seventh, Thirteenth and Fourteenth Amendments to the United States Constitution, and relating to the administration of state child support programs under Title IV-D. The Complaints also contain many of the following distinct elements: addresses for the plaintiff with the addition of "Real Land North America"; references to the Book of Genesis as a basis for the plaintiff's rights; allegations that Title IV-D is in some way a private or for-profit business and was never enacted into positive law; use of peculiar patterns of capitalization, particularly with respect to defendants' names; requests for 6% interest on damages; invocation of Title VII of the Civil Rights Act as a basis for jurisdiction; and proactive arguments against the application of relevant legal doctrines, including the Rooker-Feldman doctrine and domestic relations abstention, among other hallmarks.

*Kejuan of the Fam. Muchita v. Stack*, No. 25-CV-00285 (VSB) (SDA), 2026 WL 884775, at *7 (S.D.N.Y. Jan. 23, 2026), *report and recommendation adopted*, 2026 WL 881271 (S.D.N.Y. Mar. 31, 2026).