**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Kejuan of the Family Muchita,

                              Plaintiff,

               -against-

Eileen Stack,

                              Defendant.

1:25-cv-00285 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Defendant's letter, in response to the Court's April 30, 2026 Order, regarding the feasibility and advisability of contacting the National Association of Attorneys General, or a similar organization, to advise them of the pattern of abusive and vexatious litigation discussed in the Court's January 23, 2026 Report and Recommendation. (Def.'s 5/21/26 Ltr., ECF No. 33; *see also* 4/30/26 Order, ECF No. 32.) Counsel for Defendant indicates that neither of those organizations "are equipped or empowered to take concrete steps that affect state court proceedings." (*Id.* at 1.)

Thus, although the Court remains concerned about the possibility of abusive and vexatious litigation discussed in the Report and Recommendation, *see Kejuan of the Fam. Muchita v. Stack*, No. 25-CV-00285 (VSB) (SDA), 2026 WL 884775, at *7 (S.D.N.Y. Jan. 23, 2026), *report and recommendation adopted*, 2026 WL 881271 (S.D.N.Y. Mar. 31, 2026), the Court finds

that nothing further can be done at this juncture[1] and declines to impose sanctions, which, in any

event, would be futile.

**SO ORDERED.**

Dated:    New York, New York
          May 26, 2026

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] In response to the Court's April 30, 2026 Order, the Clerk of Court already has notified the Clerks of Court of the other federal judicial districts of the suspected pattern of abusive and vexatious litigation.

2