UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                           :

KEJUAN OF THE FAMILY STACK     :
MUJITA,
                           :

                Plaintiff,   :          25-CV-285 (VSB) (SDA)

      - against -        :          **<u>ORDER</u>**

EILEEN STACK THROUGH IV-D   :
AGENCY
                           :

             Defendant.  :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Pursuant to my March 31 Opinion & Order, Magistrate Judge Aaron has conducted proceedings "to determine what, if any, sanctions are appropriate against Plaintiff for his possible pattern of vexatious and frivolous litigation." (Doc. 28 at 3; *see also* Doc. 29.) After a status conference on April 30, 2026, Judge Aaron issued an order providing for notification to the Clerks of Court of other judicial districts regarding this pattern of litigation. (Doc. 32.) On May 26, 2026, Judge Aaron issued a second order finding that "nothing further can be done at this juncture." (Doc. 34 at 1.)

As these proceedings have now concluded, the Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

Dated: May 28, 2026
        New York, New York

Vernon S. Broderick
United States District Judge

2